UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

**STEVE AHRENDT and**
**LORI AHRENDT,**

Case Number: 5:19-cv-4079

    **Plaintiffs**

v.

**ROBERT KRIER, Individually,**
**and RIDE THE SKY HELICOPTERS, INC.**

    **Defendants.**

## NOTICE OF REMOVAL

Please take notice that Defendants Robert Krier ("Krier") and Ride the Sky Helicopters, Inc. ("Ride the Sky"), hereby removes the above-captioned action ("Action") to this Court from the Iowa District Court for Lyon County. As set forth below, Defendants Krier and Ride the Sky have complied with the statutory requirements for removal under 28 U.S.C. §§ 1441 and 1446, and this Court has diversity jurisdiction over this action pursuant to 28 U.S.C. § 1332(a).

## BACKGROUND

1. On October 3, 2019, Plaintiffs Steve Ahrendt and Lori Ahrendt filed a petition at law ("Petition") against Defendants in the Iowa District Court for Lyon County. Plaintiffs bring claims for: (1) negligence as against Defendant Krier and (2) negligence as against Defendant Ride the Sky stemming from a helicopter crash on or about November 6, 2017 over farmland in Lyon County, Iowa. Plaintiff Steve Ahrendt was a passenger in the subject helicopter at the time of the November 6, 2017 event. Plaintiffs seek compensatory damages in the form of: (1) past and future physical and mental pain and suffering to Plaintiff Steve Ahrendt; (2) past and future

1

medical expenses to Plaintiff Steve Ahrendt; (3) past and future loss of full mind and body to Plaintiff Steve Ahrendt; (4) loss of enjoyment of life to Plaintiff Steve Ahrendt; (6) loss of earning capacity to Plaintiff Steve Ahrendt; (7) past and future emotional distress to Plaintiff Lori Ahrendt; (8) loss of spousal consortium to Plaintiff Lori Ahrendt; (9) loss of income to Plaintiffs Steve Ahrendt and Lori Ahrendt; and (10) out-of-pocket expenses to Plaintiffs Steve Ahrendt and Lori Ahrendt. (*See* Exhibit A (Petition)).

2. Defendants did not receive a copy of the Petition prior to service. Service was perfected upon the Defendants on October 24, 2019. Consequently, this removal petition is timely filed. *See* 28 U.S.C. § 1446(b) (requiring removal within 30 days of receipt of initial pleading).

3. Removal to the United States District Court for the Northern District of Iowa – Western Division – is proper because this District and Division includes Lyon County, Iowa. 28 U.S.C. § 1441(a).

4. Defendants will file a copy of this Notice of Removal with the clerk of court for the Iowa District Court for Lyon County, and will service a copy on Plaintiffs, as required by 28 U.S.C. § 1446(d).

## REMOVAL BASED ON TRADITIONAL DIVERSITY JURISDICTION

5. Defendants basis for removal is diversity jurisdiction. Defendant Krier is a natural person and resident of the State of Minnesota. (Petition, ¶ 2.) Defendant Ride the Sky is a South Dakota corporation. (*Id.*, ¶ 3.) Plaintiffs are natural persons and residents of the State of Iowa. (*Id.*, ¶ 1.)

2

Case 5:19-cv-04079-LRR-MAR   Document 1   Filed 11/20/19   Page 2 of 4

6. Thus, diversity of citizenship exists between Plaintiffs Steve and Lori Ahrendt, citizens of the State of Iowa, and Defendant Krier, a citizen of the State of Minnesota and Defendant Ride the Sky, a citizen of the State of South Dakota.

7. The $75,000 amount-in-controversy, although not specifically pled in the Petition, is met though the following facts. The facts of the Petition demonstrate that on November 6, 2017, a helicopter crash occurred in Lyon County, Iowa. (*Id.*, ¶¶ 13-14.) Plaintiffs' claim "serious injury" suffered by Plaintiff Steve Ahrendt (*Id.*, ¶ 15.) Upon information and belief, given the nature of the event, the mode of transport at the time of the event, and extent of damages Plaintiffs' claim arising from Plaintiff Steve Ahrendt's "serious injury" the facts of the case suggest the requirements of 28 U.S.C. § 1332 are satisfied. *Id.* Further, the Petition is notably void of requested relief under I.R.C.P. 1.281 (providing for expedited relief in actions seeking a money judgment in for all claims for total $75,000 ***or less*** against any one party).

## RESERVATION OF RIGHTS

8. Defendants file this Notice of Removal without waiving any defenses, objections, exceptions, or obligations that may exist in their favor in either state of federal court.

9. Further, in making the allegations in this Notice of Removal, Defendants do not concede in any way that the allegations in the Petition are accurate, that Plaintiffs have asserted claims upon which relief may be granted, or that recovery of any of the amounts sought is authorized or appropriate.

10. Defendants reserve the right to amend or supplement this Notice of Removal. If any questions arise as to the proprietary of the removal of this action, Defendants expressly request the opportunity to present such further evidence as necessary to support their position that this action is removable.

11. For the reasons stated above, Defendants Krier and Ride the Sky remove this action, Law No: LACV502599, currently pending in the Iowa District Court for Lyon County, to this Court. Defendants respectfully request that this Court assume jurisdiction over this matter and grant Defendants such other relief as this Court deems just and proper.

PEDDICORD WHARTON, LLP

By: /s/ Randy J. Wilharber
Randy J. Wilharber

Randy J. Wilharber (AT0008505)
randy@peddicord.law
Clarissa A. Bierstedt (AT0012647)
clarissa@peddicord.law
6800 Lake Drive, Ste. 125
West Des Moines, Iowa 50266
Telephone: 515-243-2100
Facsimile: 515-243-2132

*Counsel for Defendants*
ROBERT KRIER and RIDE
THE SKY HELICOPTERS, INC.